UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JAVON SANTRELL FOSTER, | ) |
| Petitioner, | ) ) ) |
| v. | ) Case No. 1:24-cv-00490-ACA-NAD |
| UNITED STATES OF AMERICA, | ) ) ) |
| Respondent. | ) |

## **MEMORANDUM OPINION**

After the magistrate judge denied Petitioner Javon Santrell Foster's motion to proceed *in forma pauperis* and Mr. Foster failed to pay the filing fee, the magistrate judge filed a report recommending that the court dismiss this action for failure to prosecute. (Doc. 6). The magistrate judge notified Mr. Foster of his right to file specific written objections to the report and recommendation and warned him of the consequences of failing to do so. (*Id.* at 2–3). Mr. Foster has not filed any objections within the deadline.

Mr. Foster's failure to file specific objections waives any challenge to the proposed findings and recommendations. *See* 28 U.S.C. § 636(b)(1); 11th Cir. R. 3-1. In the light of the proposed findings, the court agrees with the proposed recommendation. The court therefore **ADOPTS** the magistrate judge's report and

**ACCEPTS** the recommendation. Accordingly, the court **WILL DISMISS** this action **WITHOUT PREJUDICE** for failure to prosecute.

  **DONE** and **ORDERED** this August 5, 2024.

_____
**ANNEMARIE CARNEY AXON**
UNITED STATES DISTRICT JUDGE